IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KYLE BRENNER,<br><br>    Defendant. | 8:10CR421<br><br>AMENDED ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken, ECF No. 42.  The Magistrate Judge recommends that the Defendant Kyle Brenner's Motions to Suppress, ECF Nos. 23 and 25, be denied. No objections to the Findings and Recommendation have been filed.  After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 42, are adopted; and

2. The Defendant Kyle Brenner's Motions to Suppress, ECF Nos. 23 and 25, are denied.

Dated this 11th day of January, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge